UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| LAWRENCE, BENJAMIN JOSEPH | ) | BANKRUPTCY CASE 10-12299 |
| LAWRENCE, MICHELLE LEA | ) | Chapter 7 |
| | ) | |
| DEBTORS. | ) | |

## NOTICE PURSUANT TO F.R.B.P. 3010

Comes now the Trustee, Dustin M. Roach, and advises that dividends to the below-listed creditors were less than $5.00 each:

| | | |
|---|---|---|
| Claim #8 | Imaging Diagnostic Center<br>c/o Snow & Sauerteig<br>203 E. Berry Street, Suite 1310<br>Fort Wayne, Indiana 46802 | $2.01 |
| Claim #9 | Preferred Anesthesia Consultants<br>c/o Snow & Sauerteig<br>203 E. Berry Street, Suite 1310<br>Fort Wayne, Indiana 46802 | $2.52 |

Total Check Amount = $4.53

Respectfully submitted,

/s/ Dustin M. Roach
Dustin M. Roach, Chapter 7 Trustee
436 East Wayne Street
Fort Wayne, Indiana  46802
Telephone: 260-424-8132
dmrtrustee@vgtlaw.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 3rd day of March 2011, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to the United States Trustee, 555 One Michiana Square Building, 100 East Wayne Street, South Bend, Indiana 46601, and was sent via first class United States mail, postage prepaid, to the Creditor(s) listed above at the address(es) indicated.

/s/ Dustin M. Roach
Dustin M. Roach, Trustee